```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STEVE S. KIM,

                Plaintiff,

-against-

                                        24-CV-1167 (VEC)

HARLEYSVILLE INSURANCE COMPANY OF       ORDER
NEW YORK A/K/A NATIONWIDE
INSURANCE & NATIONWIDE INSURANCE,

                Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 16, 2024, Plaintiff filed a complaint against Defendants Harleysville Insurance Company of New York a/k/a Nationwide Insurance and Nationwide Insurance in the Southern District of New York, Dkt. 1;

    WHEREAS a civil action may be brought in "a judicial district in which any defendant resides," or where "a substantial part of the events or omissions giving rise to the claim occurred," 28 U.S.C. § 1391(b)

    WHEREAS Plaintiff alleges that he is a resident of New Jersey and that the cause of action arose in Queens County, New York; *see* Complaint ¶¶ 3, 15;

    WHEREAS Plaintiff alleges that Defendants Harleysville Insurance Company and Nationwide Insurance are companies with principal places of business in Columbus, Ohio, but are authorized to transact business in New York;

    WHEREAS venue appears to be improper in the Southern District of New York based on the face of the Complaint;

WHEREAS Plaintiff was ordered to show cause why venue is proper in the Southern District of New York, or alternatively, why the case should not be transferred to the Eastern District of New York by no later than February 26, 2024, *see* Dkt. 3; and

WHEREAS Plaintiff failed to show cause.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York.

**SO ORDERED.**

Date:  **February 27, 2024**  
      **New York, New York**

                                            **VALERIE CAPRONI**  
                                            **United States District Judge**